# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0264. IN THE INTEREST OF BABY GIRL N., A CHILD.**

Conzie Williams-Waller, the biological maternal grandmother of Baby Girl N, and her husband, Michael Waller, moved to hold the adoptive parents of the child in contempt for failing to enter a post-adoption visitation agreement. On January 30, 2024, the trial court denied the motion. The Wallers filed a notice of appeal on March 7, 2024. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). The Wallers' notice of appeal was filed 37 days after entry of the trial court's order and is thus untimely.[1]

---

[1] We note that the notice of appeal was purportedly signed and submitted on February 27, 2024 before the time in which to file a notice of appeal had lapsed. We, however, rely on the clerk's endorsement as the filing date. See *Lavan v. Philips*, 184 Ga. App. 573, 574 (362 SE2d 138) (1987); *Brinson v. Georgia R. Bank &Trust Co.*, 45 Ga. App. 459, 461 (165 SE 321) (1932) (the best evidence of filing is the trial court clerk's entry). But that presumption is rebuttable. See *Dannenfelser v. Squires*, 365 Ga. App. 819, 822 (1) (879 SE2d 506) (2022); *Brinson*, 45 Ga. App. at 461. To the extent the Wallers seek to rebut the March 7 filing date, any such challenge must be made before the trial court. See *Lavan* , 184 Ga. App. at 574 (appellants are entitled to an opportunity to challenge the filing date); *McDaniel v. Columbus Fertilizer Co.*, 109 Ga. 284, 285 (34 SE 598) (1899) (the filing date of the notice of appeal must be established as a matter of record).

Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  09/04/2024

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*